NO



NO. 12-09-00211-CR

 

 IN THE COURT OF APPEALS


 TWELFTH COURT OF APPEALS DISTRICT


 TYLER, TEXAS



SEAN EWALT, ' APPEAL FROM THE 

APPELLANT


V. ' COUNTY COURT AT LAW NO. 3


THE STATE OF TEXAS,

APPELLEE ' OF SMITH COUNTY, TEXAS






MEMORANDUM OPINION

PER CURIAM

 Appellant pleaded guilty to theft. Pursuant to a plea bargain, the trial court found
Appellant guilty and assessed punishment at confinement for sixty days. We have
received the trial court's certification showing that this is a plea bargain case and also
that Appellant has waived his right to appeal. See Tex. R. App. P. 25.2(d). The
certification is signed by Appellant and his counsel. The record supports the trial court's
certification. See Greenwell v. Thirteenth Court of Appeals, 159 S.W.3d 645, 649 (Tex.
Crim. App. 2005); Dears v. State, 154 S.W.3d 610, 614-15 (Tex. Crim. App. 2005). 
Accordingly, the appeal is dismissed for want of jurisdiction.


Opinion delivered September 30, 2009.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.





(DO NOT PUBLISH)